IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENNETH CLARK PRUITT,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Petitioner,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀CV 108-047
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
DON JARRIEL, Warden,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Respondent.⠀⠀⠀⠀⠀⠀)

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed. Accordingly, the

Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the

Court. Therefore, Respondent's Motion to Dismiss is **GRANTED**, (doc. no. 6), Petitioner's

Motion for Stay and Abeyance is **DENIED**, (doc. no. 15), and this civil action is **CLOSED**.

SO ORDERED this 21ˢᵗ day of October, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE